# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**                                      **James T. Foley, U.S. Courthouse**
**Clerk**                                                **445 Broadway, Room 509**
                                                         **Albany, New York 12207-2936**
**DANIEL R. MCALLISTER**                                 **(518) 257-1800**
**Chief Deputy**

September 26, 2024

Henna Ghafoor, Esq. and Ethan Zhang, Esq.
Mosaic Paradigm Law Group PC
10370 Richmond Ave, Suite 850
Houston, TX 77042

RE: Metafi Pro Limited vs. NY Trading, Inc. et al.
NYND CASE NO. 1:24-cv-1180 (DNH/CFH)

Dear Sir or Madam:

Please be advised that the above case was filed in the Northern District of New York.  You are
directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice,
if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This
means all attorneys MUST have an individual PACER account, and request admission via
PACER.  If you will be seeking Permanent Admission, instructions can be found on our website
at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will
be seeking Pro Hac Vice Admission, instructions can be found by using the following link:
http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new
counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the
Local Rules of this Court, and that all documents filed with the Court shall contain the case
number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Teri Lambert, Case Processing Specialist

Encs.
cc: , Esq. (via CM/ECF)
     NDNY File