# UNITED STATES DISTRICT COURT
Northern District of New York

| | | |
|---|---|---|
| METAFI PRO LIMITED<br>**PLAINTIFF**<br><br>VS.<br><br>NY TRADING, INC., ET AL<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 1:24-CV-1180 (DNH/CFH) |

## SUMMONS IN A CIVIL ACTION
### RETURN OF SERVICE

On Friday, September 27, 2024 at 3:12 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFFS VERIFIED ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL, DECLARATION OF YI SUN, CIVIL COVER SHEET, GENERAL ORDER #25, CIVIL CASE ASSIGNMENT & FILING ORDER, NOTICE for STARCO LOGISTICS, INC. c/o Registered Agent XIAOGANG CHEN was received by me.

On Tuesday, October 1, 2024 at 9:00 AM, I delivered the above-mentioned documents to QIANNAN HU - AUTHORIZED TO ACCEPT (OFFICE MANAGER) who represented that they were authorized to accept service on behalf of STARCO LOGISTICS, INC. c/o Registered Agent XIAOGANG CHEN at 4700 GREGG ROAD, PICO RIVERA, CA 90660.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, October 1, 2024

*Miguel A Lopez*

Miguel A Lopez
Process Server
1656 WALTER
VENTURA, CA 93003

2438
DocID: P327199_2