# UNITED STATES DISTRICT COURT
Northern District of New York

| | | |
|---|---|---|
| METAFI PRO LIMITED<br>**PLAINTIFF**<br><br>VS.<br><br>NY TRADING, INC., ET AL<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 1:24-CV-1180 (DNH/CFH) |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Friday, September 27, 2024 at 3:14 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFFS VERIFIED ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL, DECLARATION OF YI SUN, CIVIL COVER SHEET, GENERAL ORDER #25, CIVIL CASE ASSIGNMENT & FILING ORDER, NOTICE for WENZONG DUAN D/B/A WLT TRADING, LLC c/o Registered Agent NORTHWEST REGISTERED AGENT, LLC was received by me.

On Tuesday, October 1, 2024 at 1:04 PM, I delivered the above-mentioned documents to Kalicki Collier, intake specialist who represented that they were authorized to accept service on behalf of WENZONG DUAN D/B/A WLT TRADING, LLC c/o Registered Agent NORTHWEST REGISTERED AGENT, LLC at 401 RYLAND STREET, SUITE 200 A, RENO, NV 89502

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, October 1, 2024

*Ted Tackett*

Ted Tackett
Process Server
PO BOX 11293
RENO, NV 89510


2438
DocID: P327199_3