UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

METAFI PRO LIMITED,

        *Plaintiff,*　　　　　　　　　　　　**NOTICE OF MOTION**
　　　　　　　　　　　　　　　　　　　　　　　1:24-CV-01180 (DNH/CFH)
    v.

NY TRADING, INC.; STARCO
LOGISTICS, INC.; WENZONG DUAN
d/b/a WLT TRADING, LLC; and COLONY
POND MANAGEMENT, LLC,

        *Defendants*.

**NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE WHY A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

    **PLEASE TAKE NOTICE** that upon the accompanying the Declaration of Henna Ghafoor, Affidavit of Yi Sun, and Memorandum of Law in Support of Plaintiff's Motion for an Order to Show Cause why a Temporary Restraining Order and Preliminary Injunction should not issue pursuant to Red. R. Civ. P. 65, Plaintiff will move this Court, before the Honorable David N. Hurd, in the United States District Court, Northern District of New York, Federal Courthouse, 10 Broad Street, Utica, New York, on a date and time to be designated by the Court, for the issuance of a Temporary Restraining Order and Preliminary Injunction as prayed for, herein, against each of the Defendants named in this cause, and for all other relief, legal or equitable, direct or consequential, to which Plaintiff may show itself to be justly entitled.

    October 3, 2024

                                                  Respectfully submitted,

/s/ .
HENNA GHAFOOR
FEDERAL BAR NO.: 2258471
TBN: 24079867
hghafoor@mp-lg.com
ETHAN ZHANG
FEDERAL BAR NO.: 3856063
TBN: 24124466
ezhang@mp-lg.com
MOSAIC Paradigm Law Group PC
10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172

Benjamin W. Hill (LOCAL)
FEDERAL BAR NO.: 514953
ben@capezzahill.com
CAPEZZA HILL, LLP
30 South Pearl Street, Suite P-110
Albany, New York 12207
o. 518 478 6065
m. 518 879 0023
f. 518 407 5661

**ATTORNEYS FOR PLAINTIFF,
METAFI PRO LIMITED**