# UNITED STATES DISTRICT COURT
Northern District of New York

| | | |
|---|---|---|
| METAFI PRO LIMITED<br>**PLAINTIFF**<br><br>VS.<br><br>NY TRADING, INC., ET AL<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:24-CV-1180 (DNH/CFH) |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Friday, September 27, 2024 at 3:07 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S VERIFIED ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL, DECLARATION OF YI SUN, CIVIL COVER SHEET, GENERAL ORDER #25, CIVIL CASE ASSIGNMENT & FILING ORDER, NOTICE for NY TRADING, INC c/o Registered Agent NORTHWEST REGISTERED AGENT SERVICE INC. was received by me.

On Monday, September 30, 2024 at 2:17 PM, I delivered the above-mentioned documents to Kelsey Fallon who represented that they were authorized to accept service on behalf of NY TRADING, INC c/o Registered Agent NORTHWEST REGISTERED AGENT SERVICE INC. at 30 NORTH GOULD STREET, SUITE N, SHERIDAN, WY 82801.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, September 30, 2024

*Sandra Johnson*

Sandra Johnson
Process Server
PO BOX 429
CASPER, WYOMING 82601


2438
DocID: P327199_1