UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAFI PRO LIMITED, | § |
| | § |
| *Plaintiff,* | §   CIVIL ACTION NO. __24-cv-1180___ |
| | § |
| v. | § |
| | §   RULE 7.1 STATEMENT |
| NY TRADING, INC.; STARCO LOGISTICS, INC.; WENZONG DUAN d/b/a WLT TRADING, LLC; and COLONY POND MANAGEMENT, LLC, | § |
| | § |
| *Defendants*. | § |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Metafi Pro Limited ("Metafi"), hereby states that it is a direct, wholly-owned subsidiary of Metafi Innovation Limited, which is a wholly-owned subsidiary of Impact Fintech Investment Limited, which is a wholly-owned subsidiary of Metafi Cayman Limited, which is a wholly-owned subsidiary of CE Quant Power Limited, which is a wholly-owned subsidiary of DIY ZT Holdings Limited, which is wholly-owned by DIY Trust, and that DIY Trust has no parent company or publicly held corporation owning 10% or more of its stock.

Signed on September 26, 2024.

Respectfully submitted,

*/s/ Benjamin W. Hill*
Benjamin W. Hill (LOCAL)
NYBN: 514953
ben@capezzahill.com
CAPEZZA HILL, LLP
30 South Pearl Street, Suite P-110
Albany, New York 12207
o. 518 478 6065
m. 518 879 0023
f. 518 407 5661

HENNA GHAFOOR (LEAD, PENDING PRO HAC)
FEDERAL BAR NO.: 2258471
TBN: 24079867
hghafoor@mp-lg.com
ETHAN ZHANG (PENDING PRO HAC)
FEDERAL BAR NO.: 3856063
TBN: 24124466
ezhang@mp-lg.com
MOSAIC Paradigm Law Group PC
10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172

**ATTORNEYS FOR PLAINTIFF,
METAFI PRO LIMITED**
