# UNITED STATES DISTRICT COURT
Northern District of New York

| | | |
|---|---|---|
| METAFI PRO LIMITED<br>**PLAINTIFF**<br><br>VS.<br><br>NY TRADING, INC., ET AL<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 1:24-CV-1180 (DNH/CFH) |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Monday, October 14, 2024 at 12:31 PM, this SUMMONS IN A CIVIL ACTION, PLAINTIFF'S VERIFIED ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL, DECLARATION OF YI SUN, CIVIL COVER SHEET, GENERAL ORDER #25, CIVIL CASE ASSIGNMENT & FILING ORDER, NOTICE for COLONY POND MANAGEMENT, LLC c/o Secretary of State of New York was received by me.

On Tuesday, October 15, 2024 at 11:00 AM, I delivered the above-mentioned documents to Colleen Banahan, clerk at the Office of the Secretary of State who is authorized to accept process. who represented that they were authorized to accept service on behalf of COLONY POND MANAGEMENT, LLC c/o Secretary of State of New York at 99 WASHINGTON AVENUE, ALBANY, NY 12231

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, October 15, 2024

*Jeffrey Teitel*

Jeffrey Teitel
Process Server
305 BROADWAY, 9TH FLOOR
NEW YORK, NY 10007

2438
DocID: P327199_5