# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| METAFI PRO LIMITED, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION |
| | § | NO. 1:24-cv-1180-DNH-CFH |
| | § | |
| v. | § | |
| | § | |
| NY TRADING, INC.; STARCO | § | |
| LOGISTICS, INC.; WENZONG DUAN | § | |
| d/b/a WLT TRADING, LLC; and COLONY | § | AFFIDAVIT OF SERVICE OF |
| POND MANAGEMENT, LLC, | § | DOC. 11 AND DOC. 13 TO ALL |
| | § | DEFENDANTS |
| *Defendants.* | § | |

BEFORE ME, the undersigned authority on this day personally appeared Angelica G. Guerrero, the affiant herein, whose identity is known to me. After I administered an oath to her, she testified as follows:

1. "My name is Angelica G. Guerrero. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On October 4, 2024, I mailed Plaintiff Metafi Pro Limited's Notice of Motion for and Order to Show Cause Why a Temporary Restraining Order and Preliminary Injunction Should Not Issue (Doc. 11 with 11-1, 11-2, and 11-3, hereinafter referred to as "Doc. 11") via USPS Certified Mail return receipt requested to each Defendant respectively. *See* Ex. 1, page 1.

3. The tracking numbers for each mailing of Doc. 11 are: 70201290000113801526 for Starco Logistics, Inc.; 70201290000113801533 for Wenzong Duan d/b/a WLT Trading, LLC; 70201290000113801540 for Colony Pond Management, LLC; and 70201290000113801519 for NY Trading, Inc. *See* Ex. 1, page 1.

**EXHIBIT A**

4. After mailing, I routinely tracked the status of deliveries on USPS.com. On October 8, 2024, Doc. 11 was delivered to Defendant Starco Logistics, Inc. *See* Ex. 1, page 2. On October 9, 2024, Doc. 11 was delivered to Defendant Wenzong Duan d/b/a WLT Trading, LLC. *See* Ex. 1, page 3. On October 10, 2024, Doc. 11 was delivered to Defendant Colony Pond Management, LLC. *See* Ex. 1, page 4. On October 11, 2024, Doc. 11 was delivered to Defendant NY Trading, Inc. *See* Ex. 1, page 5.

5. On October 8, 2024, I mailed the Court's Doc. 13 Text Order ("Doc. 13") via USPS Certified Mail return receipt requested to each Defendant respectively. *See* Ex. 1, page 6.

6. The tracking numbers for each mailing of Doc. 13 are: 70201290000113801564 for Starco Logistics, Inc.; 70201290000113801557 for Colony Pond Management, LLC; 70201290000113801571 for NY Trading, Inc.; and 70201290000113801588 for Wenzong Duan d/b/a WLT Trading, LLC. *See* Ex. 1, page 6.

7. After mailing, I routinely tracked the status of deliveries on USPS.com. On October 11, 2024, Doc. 13 was delivered to Starco Logistics, Inc. *See* Ex. 1, page 7. On October 12, 2024, Doc. 13 was delivered to Colony Pond Management, LLC. *See* Ex. 1, page 8. On October 15, 2024, Doc. 13 was delivered to NY Trading, Inc. *See* Ex. 1, page 9.

8. By October 14, 2024, Doc. 13 was still in transit to Wenzong Duan d/b/a WLT Trading, LLC. In an abundance of caution, on October 14, 2024, I emailed Doc. 13 to Wenzong Duan d/b/a WLT Trading, LLC at his last known e-mail address, joey@wlthk.com. *See* Ex. 1, page 10. Said e-mail has not been returned as undeliverable.

Further Affiant sayeth not."

EXHIBIT A

_____
Angelica G. Guerrero, Affiant

SWORN TO AND SUBSCRIBED before me on this 16th day of October 2024 by Affiant.

_____
Notary Public in and for the State of Texas

XIAOZHOU LIU FOSTER
Notary ID #132090495
My Commission Expires
July 17, 2027

EXHIBIT A

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only
Reno, NV 89502
Certified Mail Fee $4.85
Postage $2.87
Total $11.82
10/04/2024
Wenzong Duan d/b/a WLT Trading, LLC
Attn: Northwest Registered Agent, LLC
401 Ryland Street, Suite 200 A
Reno, NV 89502

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only
Pico Rivera, CA 90660
Certified Mail Fee $4.85
Postage $2.59
Total $11.54
10/04/2024
STARCO LOGISTICS, INC.
Attn: Registered Agent XIAOGANG CHEN
4700 GREGG ROAD
PICO RIVERA, CA 90660

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only
Sheridan, WY 82801
Certified Mail Fee $4.85
Postage $2.59
Total $11.54
10/04/2024
NY Trading, Inc
Attn: Northwest Registered Agent Service Inc.
30 North Gould Street, Suite N
Sheridan, WY 82801

**U.S. Postal Service CERTIFIED MAIL® RECEIPT** — Domestic Mail Only
Holbrook, NY 11741
Certified Mail Fee $4.85
Postage $2.87
Total $11.82
10/04/2024
Colony Pond Management
122 Fairfield Drive
Holbrook, NY 11741

EXHIBIT 1

10/15/24, 3:05 PM   Case 1:24-cv-01180-ECC-PJE   Document 19-1   Filed 10/16/24   Page 5 of 13
USPS.com® - USPS Tracking® Results

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70201290000113801526**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 10:49 am on October 8, 2024 in PICO RIVERA, CA 90660.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

PICO RIVERA, CA 90660
October 8, 2024, 10:49 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Track Another Package

EXHIBIT 1

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70201290000113801533

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to an individual at the address at 11:34 am on October 9, 2024 in RENO, NV 89502.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
RENO, NV 89502
October 9, 2024, 11:34 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                ⌄

USPS Tracking Plus®                                 ⌄

Product Information                                 ⌄

See Less ⌃

Track Another Package

EXHIBIT 1

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**70201290000113801540**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was **delivered** to an individual at the address at 3:39 pm on **October 10, 2024** in HOLBROOK, NY 11741.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

HOLBROOK, NY 11741
October 10, 2024, 3:39 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                          ˅

USPS Tracking Plus®                                                                           ˅

Product Information                                                                           ˅

See Less ˄

Track Another Package

EXHIBIT 1

10/15/24, 3:06 PM   Case 1:24-cv-01180-ECC-PJE   Document 19-1   Filed 10/16/24   Page 8 of 13
USPS.com® - USPS Tracking® Results

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70201290000113801519

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

**Latest Update**

Your item was delivered to an individual at the address at 9:53 am on October 11, 2024 in SHERIDAN, WY 82801.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SHERIDAN, WY 82801
October 11, 2024, 9:53 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                     ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

See Less ⌃

Track Another Package

EXHIBIT 1






EXHIBIT 1

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**70201290000113801564**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was **delivered** to an individual at the address at 10:56 am on **October 11, 2024** in PICO RIVERA, CA 90660.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

PICO RIVERA, CA 90660
October 11, 2024, 10:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

See Less ∧

Track Another Package

**EXHIBIT 1**

10/15/24, 3:34 PM   Case 1:24-cv-01180-ECC-PJE   Document 19-1   Filed 10/16/24   Page 11 of 13
USPS.com® - USPS Tracking® Results

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

**70201290000113801557**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to an individual at the address at 3:52 pm on October 12, 2024 in HOLBROOK, NY 11741.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
HOLBROOK, NY 11741
October 12, 2024, 3:52 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

EXHIBIT 1

10/15/24, 2:59 PM    Case 1:24-cv-01180-ECC-PJE    Document 19-1    Filed 10/16/24    Page 12 of 13
USPS.com® - USPS Tracking® Results

ALERT: HURRICANES HELENE AND MILTON, FLOODING, AND SEVERE WEATHER IN THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70201290000113801571**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was delivered to an individual at the address at 9:55 am on October 15, 2024 in SHERIDAN, WY 82801.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

SHERIDAN, WY 82801
October 15, 2024, 9:55 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

Track Another Package

EXHIBIT 1

| | |
|---|---|
| **From:** | Angelica Guerrero |
| **To:** | glen@clouderpower.com; joey@wlthk.com |
| **Cc:** | Henna Ghafoor |
| **Subject:** | re Notices for Case No. 1:24-cv-01180-DNH-CFH |
| **Date:** | Monday, October 14, 2024 2:04:00 PM |
| **Attachments:** | 2024.10.07 [13] TEXT ORDER - TRO Denied, P"s [11] Mtn for TI PENDING.pdf |
| | [11] Notice of Motion for an order to Show Cause why a TRO and PI Should Not Issue.pdf |

Good afternoon,

Please review the attached notices.

Regards,

**Angelica Guerrero**
Legal Assistant



**MOSAIC Paradigm Law Group PC**
10370 Richmond Ave., Suite 850
Houston, Texas 77042
P: (281) 805-7169
F: (281) 805-7172
aguerrero@mp-lg.com
https://www.mosaicparadigm.com
http://www.mosaicparadigm.cn

CONFIDENTIALITY NOTICE:
The information in this electronic message may be privileged and confidential and is intended for the use of the individual or entity named above. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying, distribution, or taking of any action in reliance on the contents of this message is prohibited.

EXHIBIT 1