# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| METAFI PRO LIMITED, | § | |
| | § | |
| *Plaintiff,* | § | CIVIL ACTION |
| | § | CASE NO. 1:24-cv-1180 (DNH/CFH) |
| | § | |
| v. | § | NOTICE OF APPEARANCE OF |
| | § | CO-COUNSEL FOR PLAINTIFF |
| NY TRADING, INC.; STARCO LOGISTICS, INC.; WENZONG DUAN d/b/a WLT TRADING, LLC; and COLONY POND MANAGEMENT, LLC, | § | METAFI PRO LIMITED |
| | § | |
| *Defendants.* | § | |

I, Renjian Zhang of/and the law firm of MOSAIC Paradigm Law Group PC, hereby appear as Attorney of Record on behalf of the Plaintiff, Metafi Pro Limited, in the above-entitled case. I will appear as co-counsel for the Plaintiff. This Court is respectfully requested to accept my appearance.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

Signed on October 23, 2024.

Respectfully submitted,

*/s/ Renjian Zhang*                              .
RENJIAN "ETHAN" ZHANG
FEDERAL BAR NO.: 3856063
TBN: 24124466
ezhang@mp-lg.com
HENNA GHAFOOR (LEAD, PRO HAC)
FEDERAL BAR NO.: 2258471
TBN: 24079867
hghafoor@mp-lg.com
MOSAIC Paradigm Law Group PC

1

10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172

Benjamin W. Hill (LOCAL)
FEDERAL BAR NO.:
NYBN:
ben@capezzahill.com
CAPEZZA HILL, LLP
30 South Pearl Street, Suite P-110
Albany, New York 12207
o. 518 478 6065
m. 518 879 0023
f. 518 407 5661

**ATTORNEYS FOR PLAINTIFF,
METAFI PRO LIMITED**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 23rd day of October, 2024, the forgoing instrument was served on all parties in accordance with the Federal Rules of Civil Procedure.

/s/ Renjian Zhang
Renjian "Ethan" Zhang

2