IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAFI PRO LIMITED<br><br>*Plaintiff,*<br><br>v.<br><br>NY TRADING, INC.; STARCO LOGISTICS, INC.; WENZONG DUAN d/b/a WLT TRADING, LLC, and COLONY POND MANAGEMENT, LLC,<br><br>*Defendants.* | CASE NO.: 1:24-cv-1180-DNH-CFH<br>CIVIL ACTION<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney of record to be noticed on behalf of Defendant Starco Logistics, Inc., in the above-entitled action from the office of Monaco Cooper Lamme & Carr, PLLC.

Dated: December 9, 2024

MONACO COOPER LAMME & CARR, PLLC

By: _____
BRIAN D. CARR