UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAFI PRO LIMITED, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> NY TRADING, INC.; STARCO § <br> LOGISTICS, INC.; WENZONG DUAN § <br> d/b/a WLT TRADING, LLC; and COLONY § <br> POND MANAGEMENT, LLC, § <br> § <br> *Defendants.* § | CIVIL ACTION NO. <br> 1:24-cv-1180-DNH-CFH <br><br> **REQUEST FOR CLERK'S <br> CERTIFICATE OF ENTRY <br> OF DEFAULT** |

**TO:  JOHN DONMURAD
CLERK, UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF NEW YORK**

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Local Rule 55.1, Clerk's Certificate of Entry of Default, issuance of a Certificate of Entry of Default is hereby requested against Defendants NY TRADING, INC., WENZONG DUAN d/b/a WLT TRADING, LLC, and COLONY POND MANAGEMENT, LLC, in that said Defendants have each failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure, as further evidenced through the attached Affidavit of Henna Ghafoor in Support of Request for Clerk's Certificate of Entry of Default.

Signed on December 16, 2024.

Respectfully submitted,

*/s/Henna Ghafoor*
HENNA GHAFOOR (LEAD)
FEDERAL BAR NO.: 2258471
TBN: 24079867
hghafoor@mp-lg.com
ETHAN ZHANG
FEDERAL BAR NO.: 3856063

1

TBN: 24124466
ezhang@mp-lg.com
MOSAIC Paradigm Law Group PC
10370 Richmond Avenue, Suite 850
Houston, Texas 77042
Telephone: (281) 805-7169
Facsimile: (281) 805-7172

Benjamin W. Hill (LOCAL)
NYBN: 514953
ben@capezzahill.com
CAPEZZA HILL, LLP
30 South Pearl Street, Suite P-110
Albany, New York 12207
o. 518 478 6065
m. 518 879 0023
f. 518 407 5661

**ATTORNEYS FOR PLAINTIFF,
METAFI PRO LIMITED**

2