## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| METAFI PRO LIMITED, | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:24-cv-1180-DNH-CFH |
| v. | § § | |
| NY TRADING, INC.; STARCO LOGISTICS, INC.; WENZONG DUAN d/b/a WLT TRADING, LLC; and COLONY POND MANAGEMENT, LLC, | § § § § § § | **CERTIFICATE OF ENTRY OF DEFAULT** |
| *Defendants.* | § | |

I, JOHN DONMURAD, CLERK, certify that I have reviewed the Court's docket and have determined that proof of proper service for each party against whom judgment is being sought has been filed and that neither Defendant NY TRADING, INC., Defendant WENZONG DUAN d/b/a WLT TRADING, LLC, nor Defendant COLONY POND MANAGEMENT, LLC have appeared in the action. Accordingly, entry of default is hereby noted and entered against Defendant NY TRADING, INC., Defendant WENZONG DUAN d/b/a WLT TRADING, LLC, and Defendant COLONY POND MANAGEMENT, LLC.

DATED: _____

JOHN DONMURAD
Clerk of Court

_____