# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| METAFI PRO LIMITED, | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION NO.<br>1:24-cv-1180-DNH-CFH |
| v. | § § | |
| NY TRADING, INC.; STARCO LOGISTICS, INC.; WENZONG DUAN d/b/a WLT TRADING, LLC; and COLONY POND MANAGEMENT, LLC, | § § § § § § | **AFFIDAVIT OF NON-MILITARY, NON-INFANCY, AND NON-INCOMPETENCY** |
| *Defendants.* | § § | |

**STATE OF TEXAS**

**COUNTY OF HARRIS**

  **BEFORE ME,** came Henna Ghafoor, the undersigned Affiant, being first duly sworn according to law and who under oath stated that she is above the age of eighteen (18), of sound mind, and states as follows:

  "My name is Henna Ghafoor. I am over 18 years of age, and I am competent to make this affidavit. Unless otherwise indicated, the information described below is within my personal knowledge and is true and correct.

  I represent the Plaintiff, METAFI PRO LIMITED, in this action.

  Defendant NY TRADING, INC., is a corporation organized under the laws of State of Wyoming. As a legal entity, said Defendant is not considered a member of the military and is not protected under the Servicemembers Civil Relief Act (SCRA).

  Defendant WLT TRADING, LLC, is a dissolved limited liability organized under the laws of State of Nevada. As a legal entity, said Defendant is not generally considered a member of the military and is not protected under the Servicemembers Civil Relief Act (SCRA)

1

However, its sole member, Defendant WENZONG DUAN, is believed to have done business as WLT TRADING, LLC. To the best of my belief and knowledge, WENZONG DUAN is not in the military service of the United States, not an infant, and not an incompetent person.

Defendant COLONY POND MANAGEMENT, LLC is a New York limited liability company. As a legal entity, said Defendant is not considered a member of the military and is not protected under the Servicemembers Civil Relief Act (SCRA).

On September 30, 2024, Defendant NY TRADING, INC. was served with citation. *See* Doc. 12. The corresponding deadline to file responsive pleadings was October 21, 2024. No responsive pleading has been filed.

On October 1, 2024, Defendant WENZONG DUAN d/b/a WLT TRADING, LLC was served with citation. *See* Doc. 10. The corresponding deadline to file responsive pleadings was October 22, 2024. No responsive pleading has been filed.

On October 15, 2024, Defendant COLONY POND MANAGEMENT, LLC was served with citation. *See* Doc. 16. The corresponding deadline to file responsive pleadings was November 5, 2024. No responsive pleading has been filed.

In summary, Defendants NY TRADING, INC., WENZONG DUAN d/b/a WLT TRADING, LLC, and COLONY POND MANAGEMENT, LLC have each failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

Further affiant says not."

_____
Henna Ghafoor, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said notary on the 16th day of December, 2024, to certify which witness my hand and seal of office.

[Notary Seal: ANGELICA GUADALUPE GUERRERO, Notary ID #133935964, My Commission Expires August 29, 2026]

_____
Notary Public, State of Texas

My commission expires on: 08/29/2026