# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Metafi Pro Limited

        vs.        CASE NUMBER: **1:24-cv-1180 (DNH/CFH)**

NY Trading, Inc., Wenzong Duan d/b/a WLT Trading, LLC, Colony Pond Management, LLC

    I, JOHN M. DOMURAD, CLERK, by Kristen Kenney, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 18th day of December, 2024 against NY Trading, Inc., Wenzong Duan d/b/a WLT Trading, LLC, Colony Pond Management, LLC.

Dated:   December 18, 2024

Clerk of Court

By: s/ Kristen Kenney

Deputy Clerk